377 A.2d 981

Bev-Mark, Inc., et al. v. Summerfield GMC Truck Co., Inc., Appellant, et al.

Argued June 17, 1977. Charles B. Burr, II, with him Obermayer, Rebmann, Maxwell & Hippel, for appellant;  Peter McCausland, for appellees.

Order vacated.

The case is remanded to the court below for development of the record.